# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| NATALIE SISK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-6059-CV-SJ-DW |
| | ) |
| JOHNSON CONTROLS | ) |
| BATTERY GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. 8). The parties move the Court to dismiss this case *with prejudice* with each side to bear its own costs, including attorneys fees. Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action is dismissed *with prejudice* with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of the court shall mark this case closed.

IT IS SO ORDERED.

        /s/ DEAN WHIPPLE
        Dean Whipple
        United States District Court

Date: November 22, 2005